IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FAMILY FIRST LIFE, LLC,

      Plaintiff,

v.

DAVID RUTSTEIN, a/k/a DAVID
GORDON, a/k/a BOB GORDON, a/k/a
NATE GOLDEN; MINDY RUTSTEIN;
ERIC SAVAGE; and THE NATIONAL
ASSOCIATION OF ACCREDITED
INSURANCE PROFESSIONALS

      Defendants.

Case No. 9:22-cv-80243-AMC

_____/

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MOTION TO
ENFORCE PRELIMINARY INJUNCTION, FOR CONTEMPT, AND FOR
SANCTIONS AGAINST DAVID RUTSTEIN**

As the Court recently held in denying his motion to set aside the default, Defendant David Rutstein ("Rutstein") openly violates this Court's PI Order. *See* ECF No. 138 at 3. As the Court noted, it has "previously enjoined Defendant David Rutstein from engaging in the unlicensed practice of insurance and other related activities, including 'sharing comparisons or interpretations of any insurance policies or opportunities offered by Plaintiff'" and ordered him to "immediately remove from any websites and social media accounts any communications and videos in which he engages in the unlicensed practice of insurance." *Id*. Rutstein has failed to make any effort to comply with the PI Order and his "apparent continued posting of insurance videos which he is enjoined from doing under the Court's preliminary injunction," as

this Court explained, "indicates David Rutstein's willful and indifferent approach to this proceeding." *Id*.

The Court issued that order on Sunday. Rutstein paid it no heed, posting another insurance video the very next day. Until this Court grants FFL's motions for contempt and default judgment, Rutstein will continue engaging in what this Court has recognized is a "pattern of noncompliance." *Id*. at 4.

**I.    Rutstein has persisted in his unlawful course of conduct without any regard to this Court's Orders**

On Monday, Rutstein posted another insurance video on the NAAIP forum—despite the Court's Sunday order denying him relief from the entry of default entered against him. The video—entitled "Family First Life: The Emotional Toll of Being Scammed"—violates the PI in numerous ways including, not limited to, it shows Rutstein "engaging in the unlicensed practice of insurance and other related activities, including 'sharing comparisons or interpretations of any insurance policies or opportunities offered by Plaintiff." Maleck Decl. ¶ 13, Exhibit H. This video illustrates many of Rutstein's various ongoing tactics against FFL:

- Rutstein accuses FFL of following the "playbook of MLM cult fraud"; engaging in wage theft (and states "that's jail time"); states that Americo insurance[1] is "overpriced"; and calls FFL "a scam that's a white-collar crime." *Id*. at 11, 14-15.

---

[1] Americo is an insurance carrier. Rutstein continues to draw comparisons between Americo's insurance products and other carriers'. That alone is a violation of the Court's PI Order.

2

- Rutstein falsely accuses FFL of being under investigation for a felony: "Family First Life and their partners [are] now being investigated by the State of Florida, Department of Fraud for a first degree felony . . . ." *Id.*

- Rutstein also falsely states that people could be dragged into court if they continue to affiliate with FFL referencing the *Birch* litigation, a frivolous lawsuit that he encouraged, and the *Dobronski* litigation, which he encouraged a serial and sanctioned plaintiff to file, stating: If you "buy leads from FFL there's a distinct possibility you will be dragged into federal court, being asked to pay $552,000 lawsuit as well as all the legal expenses that ensue from that." *Id.* at 8.

- Rutstein instructs insurance Agents to make false reports to their state attorney general and to law enforcement agencies and to file frivolous lawsuits against FFL. *See id.* at 8, 14–15, 17, 21, 22, 25. He further instructs them to sue FFL with false promises that FFL will settle, and they will get a big pay day. Rutstein claims that by suing FFL, people could get "up to half a million dollars" and that "this is a slam dunk" case. *Id.* at 21. He states that because FFL and Mr. Meaike's attorney's fees would be "closer to 200 [thousand] . . . in a logical world he would just give you the 200,000 or plus an extra 100 for your time and effort." *Id.* at 26.

- Rutstein encourages abusing the judicial process to maximize inconvenience for FFL's President, Mr. Meaike, stating: "Let's get these people thrown [sic]

3

their private jets to an airport in Minnesota, try to get this trial happen in winter." *Id.* at 22.

- Rutstein raises the specter of racial discrimination, accusing FFL, again without any basis, of engaging in "retaliatory measure[s] based on [an agent] complaining about something that was racially insensitive." *Id.* at 9.
- Rutstein ends the video, as he often does, promoting NAAIP and claiming to have spoken to "tens of thousands of insurance agents … who's making money. I know the techniques that make money and I just want twelve dollars, that's all in it." *Id.* at 23-24.

Monday's video follows months of Rutstein posting violative content. Since the time of FFL's most recent filing before this Court (ECF No. 120) (filed Nov. 9, 2022), he has violated the PI in numerous ways:

- On November 14, 2022, Rutstein posted to the NAAIP YouTube channel a recording of an "interview" between himself and an agent who alleges that he is affiliated with FFL. *See* Maleck Decl., ¶ 4, Exhibit B. In that video, Rutstein again offers a comparison of insurance policies, stating that Americo policies are "really overpriced. I learned that a 35-year-old male, nonsmoker, good health, quarter million-dollar insurance is $86 with Americo. A company like AIG, the same policy would be $21." *Id.* at 6.
- On November 17, 2022, one of Rutstein's allies, Brian Davis, posted one of Rutstein's recent emails to his public Facebook profile. *See* Maleck Del. ¶ 5, Exhibit C. That email is riddled with falsehoods about FFL and directs

4

viewers to Rutstein's most recent YouTube videos. That email states that "Family First Life CEO will end up in jail" and "that there is 'NO WAY' that Shawn Meaike of Family First Life does not end up behind bars." *Id*. at 1. Rutstein's email also continues to accuse FFL of "defraud[ing] tens of thousands of new insurance agents," *id*., and of running "the largest systemic churning operation in the history of the USA insurance industry." *Id*. at 2. In further violation of the many orders against him, the email ends by discussing leads, stating that "NAAIP's business model involves insurance agents offering websites [sic] building services to local business owners. **I am describing a legitimate, long-term lead generation system** that should propel an agent to 6-figure income." *Id*. at 3–4 (emphasis in original).

- On December 1 and 2, 2022, Rutstein posted to the NAAIP website forum entitled "FFL, Family First Life Class Action Lawsuit" the text of an alleged "conversation" with a Lieutenant in the Division of Investigative & Forensic Services at the Florida Bureau of Insurance Fraud. Maleck Decl. ¶ 7, Exhibit D at 37–43. Rutstein highlights a Florida statute regarding "churning," which he has spent months falsely accusing FFL of engaging in without any basis. *See id*. at 42–43.

- In another email blast distributed on December 2, 2022, Rutstein begins by disparaging FFL and ends by advertising NAAIP and its services. *See* Maleck Decl. ¶ 9, Exhibit E. In that email, Rutstein reiterates his false

5

accusations of criminal activity on the part of FFL, again adding additional charges of "Organized Scheme to Defraud" and "Aggravated White-Collar Crime" to his usual allegations of "churning" and "elder abuse." *See id*. at 2.  He goes on to claim that "Mr. Shawn Meaike could be looking at up to 30 years in prison if convicted of [the] White-Collar Crime Victim Prevention Act." *Id*.  Rutstein goes on to state "There is no doubt in my mind that Family First Life CEO Shawn Meaike has violated Florida's 'White-Collar Crime Victim Protection Act' and should serve a long prison sentence." *Id*. at 3.  In another shameless act of self-promotion, Rutstein claims that "[t]he most efficient way to bring your story to the investigators, prosecutors and attorneys is to tell me your story. **Please contact me to arrange an interview that I will upload to YouTube.**" *Id*. (emphasis in original).

Under the alias Jonathan Meir,[2] Rutstein has posted additional disparaging content, as well as shared existing unlawful content from other platforms to increase the viewing audience.  *See* https://www.linkedin.com/in/jonathan-meir-66b080142/ (last accessed Dec. 15, 2022).  For example, approximately two weeks prior to this filing, Rutstein posted to the Jonathan Meir LinkedIn account a poll entitled "Do you believe that FFL executives will be imprisoned for running the largest churning

---

[2] *See* Maleck Decl. ¶ 12.  *See also* Reply in Support of Motion for Attorney's Fees (ECF No. 86) (filed June 30, 2022) at 6–7.

operation in the history of the insurance industry?" *See* Maleck Decl. ¶ 11, Exhibit G.

Rutstein then recorded and published a video to YouTube of himself sharing the content of the above-described email blast, including some additional commentary, with the title "Family First Life: White-Collar Crime Victim Protection Act - 1st Degree Felony." *See* Maleck Decl. ¶ 10, Exhibit F. In that video, he compares FFL to convicted criminal Bernie Madoff and Sam Bankman-Fried, the disgraced former CEO of FTX. *See id*. at 5–6. Mr. Rutstein even goes so far as to insinuate that FFL is worse than those individuals because "Shawn Meaike [i]s specifically targeting the poorest Americans. We're talking young people . . . ." *Id*. at 6. *Id*.

New evidence from other non-parties also prove that Rutstein is actively participating in the insurance industry. In response to a Third-Party Subpoena served on the insurance carrier National Life Group ("NLG"), FFL discovered emails between NLG on the one hand and NAAIP and David Gordon (a.k.a. Rutstein) on the other. *See* Maleck Decl. ¶ 14, Exhibit I.

### II. Rutstein's actions are in violation of the Court's PI Order and the Florida Department of Insurance Consent Order

The Court's PI Order bars Rutstein from "[e]ngaging in the unlicensed practice of insurance, **including by sharing comparisons or interpretations of any insurance policies** or opportunities"[3] and the Florida Department of Insurance

---

[3] ECF No. 28 at 9 (emphasis added).

Consent Order bars Rutstein from "any and all **direct or indirect participation in and/or affiliation with**, any entity which is licensed or regulated under the Florida Insurance Code, and any individual or entity which is otherwise involved in the business or transaction of insurance."[4]

In flagrant violation of these clear prohibitions, Rutstein continues his involvement in the insurance industry unabated. As explained above, Rutstein continues to post videos to the NAAIP YouTube channel "interviewing" insurance Agents to spread lies about FFL and takes every opportunity to opine on insurance products. And Rutstein continues to discuss specific policies and prices. *See* Maleck Decl., ¶ 4, Exhibit B at 6. Further, Rutstein continues to widely disseminate blast emails to insurance Agents, disparaging FFL in one breath and promoting NAAIP in the other. *See* Maleck Decl., ¶ 5, 9, Exhibit C, E. And now FFL has uncovered evidence that strongly suggests that Rutstein is involved in promoting policies that involve at least NLG and, based on the NAAIP webpages, a number of other insurance carriers. *See* Maleck Decl. ¶ 14, 19 Exhibit I, N. In short, Rutstein is not only still involved in the insurance industry, but he is also likely profiting from it.

### III. Conclusion

FFL respectfully submits that this supplemental briefing provides further support for its Motion for Default Judgment and its Motion for Contempt and for

---

[4] *In the Matter of David Brian Rutstein*, Case No. 115256-11-AG, Settlement Stipulation for Consent Order, 9(c) (emphasis added).

Sanctions Against David Rutstein and that those Motions should be GRANTED in their entirety, along with such other relief as the Court may deem just and proper.

Date: December 19, 2022

Respectfully submitted,

*/s/ Drew T. Bell*
Drew T. Bell
Florida Bar No. 120435
E-mail: dbell@kslaw.com
KING & SPALDING LLP

*Attorney for Plaintiff Family First Life, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, a true and correct copy of the foregoing document was served on the following:

| | |
|---|---|
| David Rutstein<br>Berab St. 15<br>Jerusalem 9430811<br>Israel<br>david.rutstein@gmail.com<br>david@naaip.org<br>*Defendant Pro Se* | Via the Court's Electronic System |
| Mindy Rutstein<br>c/o Toddler Town<br>Shachar St. 15<br>Jerusalem 9626323<br>Israel<br>*Defendant Pro Se* | Via United Parcel Service |
| Thomas J. Gruseck, Esq.<br>THOMAS J. GRUSECK, ESQ.<br>500 Australian Ave., Suite 600<br>West Palm Beach, FL 33401<br>t.gruseck@gmail.com<br>*Attorney for Defendant Eric Savage* | Via the Court's Electronic System |

      */s/ Drew T. Bell*
      Drew T. Bell
      Florida Bar No. 120435