UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80243-CIV-CANNON

**FAMILY FIRST LIFE, LLC**,

    Plaintiff,

v.

**DAVID RUTSTEIN**, *et al.*

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Attorneys' Fees and Costs (the "Motion"), filed on February 1, 2023 [ECF No. 167]. In the Motion, Plaintiff seeks attorneys' fees in the amount of $242,770.82 and costs in the amount $453.05 from Defendant David Rutstein in connection with Plaintiff's effort in preparing its Motion to Enforce Preliminary Injunction, for Contempt, and for Sanctions against David Rutstein [ECF No. 167]. On June 7, 2023, following referral [ECF No. 168], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part, with Plaintiff's being awarded attorneys' fees in the amount of $189,632.25 and costs in the amount of $453.05 [ECF No. 209]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties had until June 21, 2023, to file objections to the Report. Fed. R. Civ. P. 72. No party filed objections to the Report and the time within which to do so has expired.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation [ECF No. 209] is **ACCEPTED**.

CASE NO. 22-80243-CIV-CANNON/Reinhart

2. Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 167] is **GRANTED IN PART AND DENIED IN PART** as recommended.

3. Defendant David Rutstein shall pay Plaintiff's attorneys' fees in the amount of **$189,632.25** and costs in the amount of **$453.05** in connection with Plaintiff's preparation of their Motion for Contempt and supplemental filings [ECF No. 57]

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of June 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record