UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80243-CIV-CANNON/Reinhart

**FAMILY FIRST LIFE, LLC**,

      Plaintiff,
v.

**DAVID RUTSTEIN, MINDY RUTSTEIN,
and NATIONAL ASSOCIATION OF
ACCREDITED INSURANCE PROFESSIONALS**,

      Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [ECF No. 230]**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation on Plaintiff's Amended Motion for Attorneys' Fees (the "Report"), filed on August 23, 2023 [ECF No. 230]. On July 14, 2023, Plaintiff filed an Amended Motion for Attorneys' Fees (the "Motion") [ECF No. 221]. The Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 223]. On August 23, 2023, Judge Reinhart issued a Report recommending that the Motion be granted [ECF No. 230 pp. 1, 7]. Objections to the Report were due on September 6, 2023 [ECF No. 230 p. 8]. None were filed.

Upon review, the Court sees no clear error of fact or law in the well-reasoned Report. *See* Fed. R. Civ. P. 72(b)(3); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Report [ECF No. 230] is **ACCEPTED**.

    2.    The Motion [ECF No. 221] is **GRANTED**.

    3.    This case shall remain **CLOSED**.

CASE NO. 22-80243-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 11th day of September 2023.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record